HARRY M. THAYER et al., Respondents, v. RAYMOND W. GARRAGHAN, as Mayor of the City of Kingston, et al., Appellants, and JOSEPH EPSTEIN et al., as Commissioners of Election of Ulster County, et al., Respondents.—REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.